Elsa Wittgren, as Administratrix, etc., of Niles Bernhard Wittgren, Deceased, Appellant, v. Wells Brothers Company of New York, Respondent.— Judgment and order unanimously affirmed on reargument, with costs, on the authority of *Wittgren* v. *Wells Brothers Co.* (141 App. Div. 693; 149 id. 961). Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.